KENNETH A. RUSHTON (2827)
Attorney for Trustee
P.O. Box 212
Lehi, Utah 84043
Telephone: (801) 768-8416



2010 SEP 29  AM 11: 33

DISTRICT OF UTAH
MAIL

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

### DEPOSIT OF UNCLAIMED FUNDS

In Re:                                            Chapter 7

CHRISTOPHER S. RUDDY                              Bankruptcy No. 09-20400
ANGELA RUDDY

    Debtors.

    Kenneth A. Rushton, the duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

    1. The amounts listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

    2. The unclaimed funds are on deposit in the Bank of New York Mellon, Account # 92000242899666.

    3. The amounts are as follows:

| | |
|---|---|
| City of St. George<br>175 East 200 North<br>St. George, Utah 84770 | $ 4.60 |
| GE Money Bank<br>C/O Recovery Management Sys. Corp.<br>25 SE 2nd Avenue, Suite 1120<br>Miami FL 33131 | 4.29 |

    4. A check in the amount of $8.89, representing said unclaimed funds, made payable to the Clerk, United States Bankruptcy Court is attached hereto.

    DATED this 28 day of Sept., 2010.

                                     KENNETH A. RUSHTON, Trustee



## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Deposit of Unclaimed Funds to the parties listed below by depositing the same in the United States mail, postage prepaid, this _28_ day of _Sept._, 2010.

United States Trustee
Ken Garff Building
405 South Main Street
Suite 300
Salt Lake City, Utah 84111